9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
SEP 02 2026
U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 SONJA L. SETTLES, and
D-2 BILLY J. CHAMBERS,

Defendants.

Case No. 26-cr-20386

HON. F. KAY BEHM
United States District Court Judge

Violations:
18 U.S.C. § 2
18 U.S.C. § 247(a)(2) and (d)(3)
18 U.S.C. § 371
18 U.S.C. § 844(h)
18 U.S.C. § 844(i)

---

# SUPERSEDING INDICTMENT

---

## THE GRAND JURY CHARGES:

### General Allegations

At all times material to this indictment:

1. SONJA L. SETTLES was a resident of Genesee County, Michigan.

2. BILLY J. CHAMBERS was a resident of Genesee County, Michigan.

3. St. Mark Missionary Baptist Church, located at 3020 Dupont Street, Flint, Michigan, was religious real property and a building used in interstate commerce and in any activity affecting interstate commerce.

## COUNT ONE
### CONSPIRACY TO COMMIT ARSON
### 18 U.S.C. §§ 371 and 844(i)

4. Sometime in August 2025, and continuing to on or about August 30, 2025, in the Eastern District of Michigan, SONJA L. SETTLES and BILLY J. CHAMBERS, knowingly and willfully conspired and agreed together and with each other to violate the laws of the United States, that is, to commit arson of St. Mark Missionary Baptist Church, located at 3020 Dupont Street, Flint, Michigan, a building and real property used in interstate commerce and in any activity affecting interstate commerce, all in violation of Title 18, United States Code, Sections 371 and 844(i).

### Object of the Conspiracy

5. The object of the conspiracy was to damage and destroy, and attempt to damage and destroy, by means of fire, St. Mark Missionary Baptist Church.

### Manner and Means of the Conspiracy

6. It was part of the conspiracy that SONJA L. SETTLES enlisted the assistance of BILLY J. CHAMBERS in damaging and destroying, and attempting to damage and destroy, by means of fire, St. Mark Missionary Baptist Church.

7. It was further part of the conspiracy that SONJA L. SETTLES and BILLY J. CHAMBERS would communicate by cellular telephones in order to facilitate the arson of St. Mark Missionary Baptist Church.

**Acts in Furtherance of the Conspiracy**

8. In furtherance of the conspiracy, and to affect the objects thereof, SONJA L. SETTLES and BILLY J. CHAMBERS committed the following acts, among others, in the Eastern District of Michigan:

a. On August 28, 2025, at approximately 11:08 a.m., SONJA L. SETTLES drove to St. Mark Missionary Baptist Church to conduct reconnaissance. At approximately 11:09 a.m., SETTLES received an incoming text message during which her cell phone connected to a cell phone tower in the vicinity of St. Mark Missionary Baptist Church.

b. Sometime prior to the arson of St. Mark Missionary Baptist Church, BILLY J. CHAMBERS obtained a black garbage bag and red gas can from SONJA L. SETTLES.

c. On August 30, 2025, at approximately 1:16 a.m., BILLY J. CHAMBERS called SONJA L. SETTLES.

d. At approximately 1:32 a.m., SONJA L. SETTLES called BILLY J. CHAMBERS. During the call, SETTLES's cell phone connected to a cell phone tower in the vicinity of CHAMBERS's residence. When CHAMBERS received the call, his cell phone connected to another cell phone tower in the vicinity of his residence.

e. At approximately 2:03 a.m., BILLY J. CHAMBERS arrived at St. Mark Missionary Baptist Church walking from a field just east of the church. CHAMBERS began inspecting the area near where the fire would be started. CHAMBERS made multiple trips back and forth between the church and the field just east of the church over the course of the next approximately 15 minutes.

f. At approximately 2:11 a.m., BILLY J. CHAMBERS emerged from the field and approached the church with an object in his right hand. CHAMBERS raised the object above his head and struck a window with the object. CHAMERS then walked back to the field just east of the church.

g. At approximately 2:12 a.m., CHAMBERS returned to the church carrying a piece of cloth and the red gas can, which was

concealed inside of the black garbage bag. CHAMBERS poured the contents of the red gas can into the window he previously struck. CHAMBERS then placed the piece of cloth in the window and poured more of the contents of the red gas can into the window.

h. At approximately 2:13 a.m., BILLY J. CHAMBERS returned to the field just east of the church where he discarded the red gas can which was still concealed inside of the black garbage bag.

i. At approximately 2:16 a.m., BILLY J. CHAMBERS, while carrying an ignition device in his right hand, returned to the window where he previously poured the contents of the red gas can. CHAMBERS ignited the device, which he then used to set the church on fire.

j. At approximately 2:17 a.m., after the church caught fire, CHAMBERS ran back to the field just east of the church.

k. At approximately 2:20 a.m., BILLY J. CHAMBERS called SONJA L. SETTLES. During the call, CHAMBERS's cell phone connected to a cell phone tower in the vicinity of St. Mark Missionary Baptist Church. When SETTLES received the call,

her cell phone connected to another cell phone tower in the vicinity of St. Mark Missionary Baptist Church.

l. At approximately 2:56 a.m., BILLY J. CHAMBERS received a call from SONJA J. SETTLES during which CHAMBERS's cell phone connected to a cell tower in the vicinity of his residence.

All in violation of Title 18, United States Code, Sections 371 and 844(i).

## COUNT TWO
### ARSON
### 18 U.S.C. §§ 844(i) and 2

9. On or about August 30, 2025, in the Eastern District of Michigan, SONJA L. SETTLES and BILLY J. CHAMBERS, aided and abetted by each other, maliciously damaged and destroyed, and attempted to maliciously damage and destroy, by means of fire, St. Mark Missionary Baptist Church, located at 3020 Dupont Street, Flint, Michigan, a building and real property used in interstate commerce and in any activity affecting interstate commerce, in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT THREE
### OBSTRUCTION OF PERSONS IN THE FREE EXERCISE OF RELIGIOUS BELIEFS BY FIRE
### 18 U.S.C. §§ 247(a)(2), (d)(3) and 2

10. On or about August 30, 2025, in the Eastern District of Michigan, SONJA L. SETTLES and BILLY J. CHAMBERS, aided and abetted by each other, in and affecting interstate commerce, intentionally obstructed and attempted to obstruct, by force and threat of force, members and attendees of St. Mark Missionary Baptist Church in the enjoyment of their free exercise of religious beliefs, by the use, attempted use, or threatened use of fire, in violation of Title 18, United States Code, Sections 247(a)(2), (d)(3) and 2.

## COUNT FOUR
### ARSON TO COMMIT A FEDERAL OFFENSE
### 18 U.S.C. §§ 844(h) and 2

11. On or about August 30, 2025, in the Eastern District of Michigan, SONJA L. SETTLES and BILLY J. CHAMBERS, aided and abetted by each other, knowingly used fire to commit a felony prosecutable in a court of the United States, that is, obstruction of persons in the free exercise of religious beliefs, as charged in

Count Three of this Indictment, in violation of Title 18, United States Code, Sections 844(h) and 2.

**THIS IS A TRUE BILL.**

Dated: September 2, 2026

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief – Branch Offices
600 Church Street
Flint, Michigan 48502-1280
anthony.vance@usdoj.gov

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>26-cr-20386 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☑ No | **AUSA's Initials:** APV |

**Case Title:** USA v. Sonja L. Settles, et al

**County where offense occurred :** Genesee

**Check One:** ☑ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** __________________]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** 26-cr-20386 **Judge:** Behm

☐ Original case was terminated; no additional charges or defendants.
☑ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 2, 2026
Date

s/ANTHONY P. VANCE
Anthony P. Vance
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: anthony.vance@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.